# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br><br>CARL DANIEL ENLOE,<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)<br>)    1:25-mj-00278-CL<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  September 24, 2025  in the county of  Jackson  in the
District of  Oregon , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Transmit in interstate or foreign commerce any communication containing any threat to kidnap any person or any threat to injure the person of another. |

This criminal complaint is based on these facts:

Please see attached affidavit of FBI Special Agent Christopher Sinclair.

☑ Continued on the attached sheet.

s/ Christopher Sinclair
*Complainant's signature*

Christopher Sinclair, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  10/1/25

*Judge's signature*

City and state:  Medford, Oregon    Honorable Mark D. Clarke, U.S. Magistrate Judge
*Printed name and title*