UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 1:25-cr-__00454-MC__ |
| v. | INDICTMENT |
| CARL DANIEL ENLOE, | 18 U.S.C. § 1038(a)(1) |
| Defendant. | |

THE GRAND JURY CHARGES:

COUNT 1
(False Information and Hoaxes)
(18 U.S.C. § 1038(a)(1))

On or about September 24, 2025, in the District of Oregon, defendant **CARL DANIEL ENLOE**, did intentionally convey false and misleading information under circumstances where such information may reasonably have been believed, such information indicating that an activity had taken place, was taking place, and would take place, to wit, that defendant possessed firearms and planned to organize murder through his house, expand terrorism upon his enemies, and have a shootout with police, which if true would constitute violations of Title 18, United States Code, Chapter 44, Section 922(g)(1) as defendant, knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year, specifically:

**Indictment**

(1) Possession of a Weapon by an Inmate, Jackson County Circuit Court, Case Number 18CR61151 on or about April 18, 2019; and,

(2) Unlawful Possession of Smokeless Powder, United States District Court for the District of Oregon, Case Number 1:10cr30041, on or about May 16, 2011;

was prohibited from possessing both firearms and ammunition;

In violation of Title 18, United States Code, Section 1038.

Dated: November 6, 2025

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

SCOTT E. BRADFORD
United States Attorney

JOHN C. BRASSELL
Assistant United States Attorney